IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-533-FDW-DCK

| | |
|---|---|
| CONTEGO SPA DESIGNS, INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| CHRISTY LE, and CHRISTY LE JL CORPORATION D/B/A US NAILS, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) filed by Richard A. Coughlin, concerning James K. Sakaguchi, on August 23, 2023. James K. Sakaguchi seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) is **GRANTED**. James K. Sakaguchi is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: August 23, 2023

David C. Keesler
United States Magistrate Judge