IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-533-FDW-DCK

| | |
|---|---|
| CONTEGO SPA DESIGNS, INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| CHRISTY LE JL CORPORATION, and CHRISTY LE, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 18) filed by Matthew R. Groseclose, concerning Clement Asante, on October 4, 2023. Clement Asante seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 18) is **GRANTED**. Clement Asante is hereby admitted *pro hac vice* to represent Defendants.

**SO ORDERED**.

Signed: October 5, 2023

David C. Keesler
United States Magistrate Judge