IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-533-FDW-DCK

| CONTEGO SPA DESIGNS, INC., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| CHRISTY LE JL CORPORATION, and CHRISTY LE, | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Stay All Deadlines And Notice Of Settlement" (Document No. 36) filed June 5, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion To Stay All Deadlines And Notice Of Settlement" (Document No. 36) is **GRANTED**. This matter is **STAYED** until **July 5, 2024**.

**IT IS FURTHER ORDERED** that the parties shall file a Stipulation Of Dismissal on or before **July 5, 2024**.

**SO ORDERED**.

Signed: June 6, 2024

David C. Keesler
United States Magistrate Judge